Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 1:11-cv-00675-LJO-MJS |
| Plaintiff, | PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |
| v. | |
| MARIA DE JESUS DE GUZMAN ARECHIGA, et al. | |
| Defendants. | |

TO THE HONORABLE MICHAEL J. SENG, THE DEFENDANT/S AND THEIR ATTORNEY/S OF RECORD:

Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for July 28, 2011 at 10:30 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendants Maria De Jesus De Guzman Arechiga a/k/a Maria D. Arechiga a/k/a Maria D. Guzman and Jaime Arechiga Tapia a/k/a Jaime O. Guzman a/k/a Jaime O. Arechiga individually and d/b/a Azteca De Oro Mexican Restaurant.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a

Scheduling Conference Statement.

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for July 28, 2011 at 10:30 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully submitted,

Dated: June 20, 2011                       */s/ Thomas P. Riley*
                                           **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                           By: Thomas P. Riley
                                           Attorneys for Plaintiff
                                           J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

### ORDER

 It is hereby ordered that the Initial Scheduling Conference in civil action number 1:11-cv-00675-LJO-MJS styled *J & J Sports Productions, Inc. v. Maria De Jesus De Guzman Arechiga, et al.*, is hereby continued from 10:30 AM, July 28, 2011 to Aug 25, 2011 at 10:00 AM.

 Plaintiff shall serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated: July 21, 2011     /s/ *Michael J. Seng*
              UNITED STATES MAGISTRATE JUDGE